IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BEVERLY GREENWAY**                                          **PLAINTIFF**

**V.**                    **CASE NO. 3:17-CV-71-BD**

**SOCIAL SECURITY ADMINISTRATION**                   **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Beverly Greenway and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

DATED this 28th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1